NORA TUCKER, as Administratrix, etc., of EDWARD R. TUCKER, Deceased, Respondent, v. LONG ISLAND RAILROAD COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

BIAGGIO VISCARDO, Individually and as Guardian ad Litem of ANIELLO VIS-CARDO, an Infant, Appellant, v. HARVEY GALLOWAY and JOHN THORTON, Respondents.— Judgment reversed upon the law, and a new trial granted, costs to abide the event. In our opinion, the granting of a nonsuit was erroneous. The case of *Martin* v. *Herzog* (228 N. Y. 164) is distinguishable from the case at bar. The only question determined in that case was that. a charge that the absence of light upon a vehicle was only some evidence of negligence and a refusal to charge that such absence of lights was " *prima facie* evidence of negligence " was error. The Court of Appeals did not determine that the absence of lights, in violation of the statute,■ was under all circumstances negligence as a matter of law. The question as to whether the absence of light on plaintiff's bicycle was a proximate cause of the injury, in view of the circumstances disclosed by the evidence, was a question for the jury. Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ., concur.

MINNIE WHARTON, Appellant, v. MANTON CONSTRUCTION CORPORATION, Respondent.— Order in so far as it denies plaintiff's motion for discovery and inspection of defendant's books and papers, reversed upon the law and the facts, with ten dollars costs and disbursements, and motion granted, with ten dollars costs; inspection to be had on ten days' notice. Plaintiff is entitled to discovery and inspection under the circumstances herein. (*Burns* v. *Lipson*, 204 App. Div. 643; *Fey* v. *Wisser*, 206 id. 520.) Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ., concur.

WARD D. WILLIAMS, Respondent, v. EMIL JUNGE, Appellant.— Order denying motion to dismiss complaint for insufficiency, or in the alternative to require plaintiff to serve another amended complaint, or in the alternative to require plaintiff to separately state and number his causes of action, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ., concur.

THEODORA K. ZINN, Appellant, v. NEW YORK LIFE INSURANCE COMPANY, Respondent.— Order denying plaintiff's motion for summary judgment affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ., concur.

NELSON B. ASHMEAD, Doing Business as the SPRINGFIELD COAL COMPANY, Respondent, v. NEMO HOMES, INC., and THE ÆTNA CASUALTY AND SURETY COMPANY, Appellants. JOSEPH SERVIDIO and Another, etc., Respondents; HARRY WHITE and Others, etc., Defendants.— Application denied, with ten dollars costs.